**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANTIGONUS CAMPBELL,

        Plaintiff,

-vs-

CITY OF DETROIT, et al.,

        Defendants.
_____/

CIVIL NO. 04-CV-74730

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DONALD A. SCHEER
UNITED STATES MAGISTRATE JUDGE

**ORDER**
**(1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**
**AND (2) DENYING DEFENDANT'S MOTION FOR DISMISSAL**

Before the Court is the Magistrate Judge's April 5, 2007 Report and Recommendation denying Defendant's Motion for Dismissal. (Docket No. 31). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L. R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ACCEPTS** the Magistrate Judge's Report and Recommendation; and

    (2)    **DENIES** Defendant's Motion for Dismissal (Docket No. 23).

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: May 1, 2007

**CERTIFICATE OF SERVICE**

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 1, 2007.

        s/Denise Goodine
        Case Manager